Form 224

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Patricia Gardner**
   Debtor(s)

Bankruptcy Case No.: 17−22597−GLT

Chapter: 13
Docket No.: 14 − 12

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **June 26, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **July 31, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **August 2, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                              Michael R. Rhodes
                                              Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: August 2, 2017                                                   Gregory L. Taddonio
                                                                  United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 17-22597-GLT
Patricia Gardner                                                                Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut                Page 1 of 1              Date Rcvd: Aug 02, 2017
                       Form ID: 224               Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db              +Patricia Gardner,    608 Delaware Avenue,    Glassport, PA 15045-1536
14649496        +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14649495        +EDI: FORD.COM Aug 03 2017 01:18:00      Frd Motor Cr,    Po Box Box 542000,
                 Omaha, NE 68154-8000
14649497        +EDI: CBSKOHLS.COM Aug 03 2017 01:18:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-7096
14649498         E-mail/Text: camanagement@mtb.com Aug 03 2017 01:23:51      M & T Bank,   1 Fountain Plaza,
                 Buffalo, NY 14203
14669113         E-mail/Text: camanagement@mtb.com Aug 03 2017 01:23:51      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
                                                                                             TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              LakeView Loan Servicing, LLC
                                                                           TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               cabbott@bernsteinlaw.com;pghecf@bernsteinlaw.com;acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.
               com
              James  Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Patricia  Gardner ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5